

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 31, 2021**

_____
United States Bankruptcy Judge

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: <br><br> TNT QUADRANGLE PARTNERS, LP, <br><br> Debtor. | Case No. 20-32006-sgj11V |
| TNT QUADRANGLE PARTNERS, LP, and TNT QUAD, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> SRPF B/QUADRANGLE PROPERTY, LLC, <br><br> Defendant, <br><br> and <br><br> BBVA USA, AN ALABAMA BANKING CORPORATION, F/K/A COMPASS BANK, <br><br> Intervenor. | Adv. No. 20-03103 <br><br> *Removed from the 162nd Judicial District Court of Dallas County, Texas, Cause No. DC-20-03256* |

## FINAL JUDGMENT

Before the Court is the *Plaintiffs' Fourth Amended Petition and Application for Temporary Restraining order and Temporary Injunction* (the "Petition"), filed by TNT Quadrangle Partners, L.P. and TNT Quad, LLC (collectively, the "Plaintiffs"), as well as the *Plea in Intervention by BBVA USA, an Alabama Banking Corporation, f/k/a Compass Bank*, filed by BBVA USA, an Alabama Banking Corporation f/k/a Compass Bank (the "Intervenor").

On September 17, 2020, SRPF B/Quadrangle Property, LLC (the "Defendant") filed its *Defendant's Motion for Summary Judgment* (the "Motion"). The Court conducted a hearing on the Motion on February 10, 2021. On February 26, 2021, the Court entered its *Order Granting Defendant's Motion for Summary Judgment* (Dkt. No. 59, the "Summary Judgment Order"), which provides in relevant part as follows:

> ORDERED that the Motion is GRANTED, and the Landlord is entitled summary judgment on all claims and causes of action set forth in the *Plaintiffs' Fourth Amended Petition and Application for Temporary Restraining order and Temporary Injunction*.

The Court conducted a status conference on March 30, 2021 at which the Court held: (1) both Plaintiffs had adequate notice of the Motion; (2) both Plaintiffs' claims set forth in the Petition are identical and therefore indistinguishable (*i.e.*, both Plaintiffs asserted the exact same claims against the Defendant); and (3) both Plaintiffs likewise had adequate notice of the hearing on the Motion. Thus, the Court held, the Summary Judgment Order fully disposed of the identical claims of both Plaintiffs.

On February 19, 2021, the Defendant filed its *Defendant's Motion for Summary Judgment on Plea in Intervention and Request for Leave to File Same*. After conducting a hearing on the same on March 23, 2021, the Court entered its *Order Granting Defendant's Motion for Summary Judgment on Plea in Intervention and Request for Leave to File Same*.

All claims asserted by all parties to this adversary proceeding have been resolved on summary judgment. Accordingly, it is hereby—

ORDERED, ADJUDGED, and DECREED that the Plaintiffs and the Intervenor take nothing against the Defendant in this adversary proceeding.

This is a final judgment. All relief not granted herein is denied.

### End of Judgment ###

Judgment submitted by:

/s/ *Julian P. Vasek*
Julian P. Vasek
Texas Bar No. 24070790
jvasek@munsch.com
**MUNSCH HARDT KOPF & HARR P.C.**
500 N. Akard St, Ste. 3800
Dallas, TX 75201
214-855-7500

**COUNSEL FOR SRPF B/QUADRANGLE PROPERTY LLC**